**Opinion filed August 22, 2013**



In The

# Eleventh Court of Appeals

_____

## No. 11-13-00089-CR

_____

## KEVIN DUANE THORP, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 385th District Court**
**Midland County, Texas**
**Trial Court Cause No. CR39390**

## M E M O R A N D U M   O P I N I O N

Kevin Duane Thorp has filed in this court a motion for nonsuit and dismissal of appeal. Pursuant to TEX. R. APP. P. 42.2, the motion is signed by both Appellant and his counsel.

The motion is granted, and the appeal is dismissed.


August 22, 2013                                         PER CURIAM

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.